IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>LESLIE ANN FONSECA ARROYO<br><br>xx-xx-3905<br><br>Debtor(s) | CASE NO. 20-00447-MCF7<br>Chapter 7<br><br><br><br>FILED & ENTERED ON APR/29/2020 |

ORDER

The Motion for Approval of Reaffirmation Agreement between Toyota Credit De Puerto Rico and Debtor (docket #15) is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 29 day of April, 2020.

*Mildred Caban*
Mildred Caban Flores
United States Bankruptcy Judge